```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Counsel Designated for Service
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RUDOLF GIBSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 05-270 JAM |
|---|---|
| Plaintiff, | ) **STIPULATED MOTION and ORDER TO** |
| | ) **REDUCE SENTENCE PURSUANT TO 18** |
| v. | ) **U.S.C. § 3582(c)(2)** |
| RUDOLF GIBSON, | ) **RETROACTIVE CRACK COCAINE** |
| | ) **REDUCTION CASE** |
| Defendant. | ) |
| | ) Judge: Hon. JOHN A. MENDEZ |
| _____ | ) |

Defendant, RUDOLF GIBSON, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, First Assistant U.S. Attorney Phillip A. Talbert, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On February 8, 2007, this Court sentenced Mr. Gibson to a term of imprisonment of 135 months;

3. On August 5, 2008, pursuant to a stipulation of the parties,

1 the Court resentenced Mr. Gibson to a term of 108 months.

2. 3. The sentencing range applicable to Mr. Gibson was subsequently lowered by the United States Sentencing Commission by amendment made retroactive on June 30, 2011;

4. Accordingly, Mr. Gibson's adjusted offense level has been reduced from 29 to 27, and a sentence at the low end of the newly applicable guideline range would be 87 months;

5. Mr. Gibson merits a reduction in his sentence based on the factors listed in 18 U.S.C. § 3553(a), as well as considerations of public safety and Mr. Gibson's positive post-sentencing conduct;

6. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Gibson's term of imprisonment to 87 months.

Dated: October 25, 2011

Respectfully submitted,

| BENJAMIN WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

| /s/ *Phillip A. Talbert* | /s/ *David M. Porter* |
| PHILLIP A. TALBERT | DAVID M. PORTER |
| First Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | RUDOLF GIBSON |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On August 5, 2008, this Court resentenced Mr. Gibson to a term of imprisonment of 108 months. The parties agree, and the Court finds, that Mr. Gibson is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense

| | |
|---|---|
| 1 | level from 29 to 27. |
| 2 | IT IS HEREBY ORDERED that the term of imprisonment originally |
| 3 | imposed is reduced to 87 months; |
| 4 | IT IS FURTHER ORDERED that all other terms and provisions of the |
| 5 | original judgment remain in effect. |
| 6 | Within 72 hours of release from the custody of the Bureau of |
| 7 | Prisons, the defendant shall report in person to the probation office |
| 8 | in the district to which the defendant is released. |
| 9 | Dated: October 27, 2011 |

/s/ John A. Mendez
Honorable JOHN A. MENDEZ
United States District Judge

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
-3-